## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

NICHOLAS R. PAOLINO

Debtors.

Case No. 19-08193
Chapter 13
Judge Pamela S. Hollis

Confirmation hearing:
6/07/2019 11:30 a.m.

### NOTICE OF FILING

To:     See attached Service List.

**PLEASE TAKE NOTICE** that on this 30th day of May 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, CLUBLANDS OF JOLIET HOMEOWNERS ASSOCIATION's OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED MARCH 27, 2019, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 30th day of May, 2019.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 30th day of May 2019.

_____
Notary Public

KATHERINE L SAMOCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Nicholas R. Paolino
7613 Sugar Maple Drive
Plainfield, Illinois 60586

Jessica M. Kim
c/o Semrad Law
20 South Clark Street, 28th Floor
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)